**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 06-21603-CIV-MOORE/WHITE
Case No. 05-20067-CR-MOORE

FORREST BRUCE a/k/a
JAMES ROBERT WESTENDORF

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

*CLOSED
CIVIL
CASE*

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; GRANTING IN PART
PLAINTIFF'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY; GRANTING
APPOINTED COUNSEL'S MOTION TO WITHDRAW**

THIS CAUSE came before the Court upon Plaintiff's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (DE # 1), Government's Supplemental Response and Modification of its Position on Claim One (DE # 26), and Appointed Counsel's Motion to Withdraw (contained in DE # 27).

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. Magistrate Judge White issued a Report and Recommendation dated July 27, 2007 (DE # 31), recommending that the Plaintiff's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (DE # 1) be granted in part and denied in part, and that Appointed Counsel's Motion to Withdraw be granted.

UPON CONSIDERATION of the motion and the Defendant's Supplemental Response, after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (DE # 1) is GRANTED IN PART and DENIED IN PART for the reasons articulated in Magistrate Judge White's Report and Recommendation. As far as the Plaintiff's Motion claims counsel was ineffective for failing to file an appeal, the Motion is GRANTED. This Court shall follow the procedure set out by the Eleventh Circuit in United States v. Phillips, 225 F.3d 1198, 1202 (11th Cir. 2000), for permitting an out-of-time appeal as the remedy in a § 2255 proceeding, by separate Order. As far as Plaintiff's Motion articulates other claims, they are DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that Appointed Counsel's Motion to Withdraw (contained in DE # 27) is GRANTED. It is finally

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation (DE # 50) is ADOPTED. The Clerk is instructed to CLOSE this case. All pending motions not otherwise ruled on are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 3/5 day of July, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge White
      All counsel of record